EXHIBIT

**EXHIBIT A**



June 3, 2019

**SENT VIA EMAIL TO: DEAN.GUTIERREZ@YORKRSG.COM**
York Risk Services Group, Inc.
Attn: Dean Gutierrez
P.O. Box 183188
Columbus, OH 43218-3188

RE:  Insured: Gulfside, Inc.
     Location of Loss: 4005 Gulf Shore Blvd. N. Naples, FL 34103
     Policy Number: 41-LX-067988632-2
     Claim Number: LXCC-3958A9
     Date of Loss: 9/10/2017

Mr. Gutierrez:

Attached please find the Proof of Loss sent by you for undisputed amounts on the roof and other elements of the building as detailed in the JS Held estimate. Also attached is the evidence of payment for roof and other work. We ask that recoverable depreciation be sent in addition to the $77,432.90. Should you have any questions, please do not hesitate to call our office.

Kindest regards,

Signed in absence
to avoid delay

Brian Rothring, PA
For the Firm
As Dictated, Not Read
BR/cs
Enclosures:
Cc:    Insured

Bayfront Professional Center • 1333 3rd Avenue South, Suite 407, Naples, Florida 34102
Phone 239-774-5040 • Fax 239-774-4027