**Composite Exhibit E**

**COMPOSITE EXHIBITE**

## Dean Gutierrez

| | |
|---|---|
| **From:** | Dean Gutierrez |
| **Sent:** | Wednesday, August 21, 2019 5:52 AM |
| **To:** | Connie Santagado |
| **Cc:** | Brian Rothring; Ashley Lindsey; Aetpc Admin; Derek Boggi; angela@eastcoastwindows.com |
| **Subject:** | RE: YKFS-27305 // LXCC-3958A9 // Gulfside, Inc |

Connie,

See below commentary:
Duration: 9/3/19 - 9/6/19
Start/End Times: 9/3/19 12:00pm - 4:00pm
                    9/4 - 9/6 8:00am - 4:00pm
Number of teams: 2 teams of 3 (engineer, window expert, JSH consultant)
Contacts: For JSH it will be Derek Boggi and Thomas Brown (see below)

Interior / Exterior Access: All interior units will need to be inspected as scopes of work are being claimed within all units. A visual exterior inspection from ground level or balconies only.

1. **Derek Boggi of JS Held, email: dboggi@jsheld.com, Telephone: Cell 267-251-7609, Thomas Brown,** Mobile 215-692-4098 |, :

2. **East Coast Windows & Doors - Ed Morris, Tel: 954-581-2113, Admin: Angela Denlinger, email: angela@eastcoastwindows.com**

3. **Applied Engineering & Technology, P.C.,  Office: 609-921-8999,**

Respectfully,

**Dean Gutiérrez**
*Executive General Adjuster*

f.  562.683.3091
m. 215.850.1651

525 S. Bellevue Avenue
Langhorne, PA 19047

YORKRISK.COM

*No representative of the Specialized Loss Adjusting Division of York Risk Services Group, Inc. ("York"), or any consultant retained on behalf of the insurer(s) working with "York", has any authority either to bind the insurer(s) to coverage, or to interpret, waive, or alter any of the terms, conditions, or limitations of the policy. The insurer (s) reserves the right to make all decisions concerning coverage.*

*Please be advised that if you intend to pursue a claim for recoverable depreciation, the insurance carrier requires paid invoices and corresponding cancelled checks or credit/debit card statements as proof of payment. Do not pay contractors in cash if you plan on pursuing recoverable depreciation on the building. Should you intent to make a claim for the Recoverable Depreciation, you need to notify the carrier (or our office) within 180 days after the loss or damage.*

1

DD70

# Monica Garcia

| | |
|---|---|
| **From:** | Melissa McMillan Sims <MSims@berklawfirm.com> |
| **Sent:** | Wednesday, September 4, 2019 8:51 AM |
| **To:** | Stephen A. Marino, Jr. |
| **Cc:** | Daisy Alvarez; Stacey J. McGee |
| **Subject:** | Re: Gulfside |

The inspections are beginning today with full crews.

Sent from my iPhone

On Sep 4, 2019, at 8:22 AM, Stephen A. Marino, Jr. <SMarino@vpm-legal.com> wrote:

> ### I just saw this. I assume no inspection went forward?
>
> <119090408224400535.jpg>
>
> ### Stephen A. Marino, Jr.
> Managing Partner
>
> 100 S.E. Second Street, 30th Floor
> Miami, Florida 33131
> Telephone (305) 577-3996 - Facsimile (305) 577-3558
> smarino@vpm-legal.com - www.vpm-legal.com
>
> The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then destroy it. Thank you.
>
> **From:** Melissa McMillan Sims [mailto:MSims@berklawfirm.com]
> **Sent:** Friday, August 30, 2019 10:52 AM
> **To:** Stephen A. Marino, Jr.
> **Cc:** Daisy Alvarez; Stacey J. McGee
> **Subject:** Gulfside
>
> Hi Steve,
>
> It appears most of the experts will be unavailable next week as they were flying in but due to Dorian will not be able to do so. The local expert may still be available. Please let me know if you are open to a partial inspection.
>
> Best regards,

Melissa

Melissa McMillan Sims
Berk, Merchant & Sims, PLC.
2 Alhambra Plaza
Suite 700
Coral Gables, Florida 33134
Tel. 786-338-2878
Fax 786-338-2888
msims@berklawfirm.com

THIS MESSAGE MAY BE CONFIDENTIAL AND PROTECTED BY WORK PRODUCT DOCTRINE OR ATTORNEY CLIENT PRIVILEGE. IF YOU RECEIVED IT IN ERROR PLEASE DELETE IT AND NOTIFY THE SENDER.