UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GULFSIDE, INC.,

    Plaintiff,

v.                                              Case No: 2:19-cv-851-SPC-MRM

LEXINGTON INSURANCE
COMPANY,

    Defendant.
                                      /

### ORDER[1]

This matter comes before the Court on *sua sponte* review of the file. Both parties have moved for summary judgment (Doc. 64; Doc. 66), and the trial is set for the September 2021 term (Doc. 20). To ensure enough time for the Court to address the pending dispositive motions (given its calendar) and for the parties to prepare for trial (if necessary), the Court extends the trial term one month and suspends the other pretrial deadlines until further order.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The trial term in the above-captioned case is set for **October 2021** and all remaining pretrial deadlines are suspended until further Court order.

**DONE** and **ORDERED** in Fort Myers, Florida on June 15, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record